Melanie E. Rose, OSB No. 124394
mrose@smithfreed.com
Smith Freed Eberhard P.C.
111 S.W. Columbia Street, Suite 800
Portland, Oregon 97201
Telephone: 503-227-2424
Facsimile: 503-227-2535

Attorneys for Defendant Richard Lauson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NICHOLAS BAECKER,<br><br>         Plaintiff,<br>v.<br><br>RICHARD H. LAUSON<br><br>         Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Defendant Richard H. Lauson III ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), hereby removes this lawsuit from the Multnomah County Circuit Court to the United States District Court for the District of Oregon, Portland Division. In support of this removal, Defendant states as follows:

///

///

I.

**BRIEF FACTUAL AND PROCEDURAL BACKGROUND**

1. Plaintiff filed this lawsuit on November 15, 2023, in the Multnomah County Circuit Court, case number 23CV47016.

2. In this lawsuit, Plaintiff alleges that on or about November 18, 2021, Plaintiff was travelling westbound on Highway I-84 where he had stopped for traffic when Defendant rear-ended Plaintiff's vehicle. *See* **Exhibit A** (Pltf. Complaint) at ¶2. Plaintiff seeks to recover damages for personal injury and the pain and suffering he allegedly suffered as a result.

3. Plaintiff served Defendant with a copy of Plaintiff's Complaint on December 26, 2023. *See* **Exhibit B** (Proof of Service). Pursuant to 28 U.S.C. § 1446(b)(1) &(2), Defendant timely filed this Notice of Removal within thirty (30) days after service of the Complaint. Additionally, this case is being removed within one year of commencement of the action as required under 28 U.S.C. §1445(c)(1).

II.

**GROUNDS FOR REMOVAL**

4. Removal is proper because subject-matter jurisdiction is established under 28 U.S.C. §1332(a).

A. **Amount in Controversy Exceeds $75,000**

5. The amount in controversy in this lawsuit exceeds the sum or value of $75,000.00, as Plaintiff expressly alleges he is seeking monetary damages "in the amount of $50,000,000" and "in the amount of "7,447,494." *See* **Exhibit A** (Pltf. Complaint), at ¶¶ 7-8. Plaintiff's total prayer amount is $57,447,494. *See* **Exhibit A** (Pltf. Complaint). Thus, it is facially apparent from the

Page 2  DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION                *441i1*

SMITH FREED EBERHARD, P.C.
111 S.W. Columbia Street, Suite 800
Portland, Oregon 97201
(503) 227-2424 – Fax (503)227-2535

Complaint that the amount in controversy exceeds the sum or value of $75,000.00. *Singer v. State Farm Mut. Auto. Ins. Co.,* 116 F.3d 373,377 (9th Cir. 1997) (adopting the "facially apparent" test prescribed by the Court of Appeals for the Fifth Circuit to determine whether the amount in controversy requirement has been satisfied); *see also Dart Cherokee Basin Operating Co., LLC v. Owens,* 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold [for purposes of removal under 28 U.S.C. § 1446(a)].").

 B. **Complete Diversity of Citizenship**

6. There is also complete diversity of citizenship between Plaintiff and Defendant at the time the underlying action was filed and at the time of removal because:

 a. Upon information and belief, Plaintiff is a citizen of Oregon.

 b. Defendant is a citizen of Idaho who resides in Idaho. Defendant is not a citizen of Oregon.

### III.

### VENUE IS PROPER

7. Venue is proper in this Court under 28 U.S.C. § 1441(a), because this district and division embrace the place in which the removed State court action has been pending.

### IV.

### DEFENDANTS HAVE COMPLIED WITH ALL PROCEDURAL REQUIREMENTS

8. As required under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant are attached to this Notice of Removal, and include the following:

- **Exhibit A:** Plaintiff's Complaint;

Page 3  DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION                    *44Iil*

SMITH FREED EBERHARD, P.C.
111 S.W. Columbia Street, Suite 800
Portland, Oregon 97201
(503) 227-2424 – Fax (503)227-2535

- **Exhibit B:** Proof of Service;

- **Exhibit C:** Summons; and

- **Exhibit D:** Notice to State Court of Removal.

9. On filing this Notice of Removal, Defendant will promptly provide written notice to Plaintiff and file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending, in accordance with 28 U.S.C. § 1446(d).

10. In the event this Court subsequently identifies a defect with this Notice of Removal, Defendant respectfully requests this Court grant Defendant leave to amend this Notice to cure the defect. *See, e.g., ARCO Env't Remediation, L.L.C. v. Dep't of Health & Env't Quality of Montana,* 213 F.3d 1108, 1117 (9th Cir. 2000) (explaining "a defendant may amend the Notice of Removal after the thirty day window has closed to correct a 'defective allegation of jurisdiction'" under §1653); *Barrow Development Company v. Fulton Insurance Company,* 418 F.2d 316, 318 (9th Cir. 1969) (permitting amendment of removal petition to cure an inadequate allegation of the citizenship of the defendant corporation).

///
///
///
///
///
///
///
///
///

11. By filing this Notice of Removal, Defendant does not waive any legal defenses, but expressly reserve their right to raise any and all legal defenses in subsequent pleadings in this Court.

DATED this 5th day of January, 2024.

        SMITH FREED EBERHARD P.C.
        By: */s/Melanie E. Rose*
        Melanie E. Rose, OSB No. 124394
        Email: mrose@smithfreed.com
            111 S.W. Columbia Street, Suite 800
            Portland, OR 97201
            Telephone: (503) 227-2424
            Facsimile: (503) 227-2535
        *Of Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I served **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION** on:

> Marc A. Johnston
> The Johnston Law Firm, P.C.
> 200 Market Building
> 200 SW Market Street, Suite 1900
> Portland, OR 97201
>     *Of Attorneys for Plaintiff*

by the following indicated method or methods:

 XX    by electronic means through the Court's Case Management/Electronic Case File system on the date set forth above.

 XX    by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth above.

 ___   by faxing a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.  The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached confirmation report.

DATED this 5th day of January, 2024.

> SMITH FREED EBERHARD P.C.
> By: */s/Melanie E. Rose*
> Melanie E. Rose, OSB No. 124394
> Email: mrose@smithfreed.com
> 111 S.W. Columbia Street, Suite 800
> Portland, OR  97201
> Telephone: (503) 227-2424
> Facsimile: (503) 227-2535
>     *Of Attorneys for Defendant*

Page 1 – CERTIFICATE OF SERVICE                     *141i238*

SMITH FREED EBERHARD, P.C.
111 S.W. Columbia Street, Suite 800
Portland, Oregon 97201
(503) 227-2424 - Fax (503) 227-2535